IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BRIAN MISER : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:05-cv-00407 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| REGINALD WILKINSON, et al. : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . .the Court ADOPTS IN ITS ENTIRETY the Magistrate Judge's Report and Recommendation (doc. 12), DISMISSES WITH PREJUDICE Plaintiff's Complaint, for lack of prosecution, and CERTIFIES pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith.

01/20/06                                James Bonini, Clerk

                                        s/Kevin Moser
                                        Deputy Clerk